IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| GREGORY GARRETT BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 04-CV-95(E) |
| | : | |
| SUE HERBSTRETT | : | |

**PRAECIPE TO SUBSTITUTE ORIGINAL AFFIDAVIT FOR ATTACHMENT TO DEFENDANT SUSAN HERBSTRITT, L.P.N.'S (INCORRECTLY IDENTIFIED AS SUE HERBSTRETT) MOTION FOR SUMMARY JUDGMENT**

TO THE CLERK OF COURT:

Kindly substitute attached original Affidavit of Major Alan Copeland, Deputy Warden of Security/Safety at Erie County Prison, Exhibit "C" to Motion of Defendant, Susan Herbstritt, L.P.N.'s Motion for Summary Judgment.

Respectfully submitted,

WHITE AND WILLIAMS LLP

BY: /s/ Tracey Campbell
A. Tracey Campbell, Esquire
Identification No. 70534
One Westlakes, Suite 310
1235 Westlakes Drive
Berwyn, PA 19312
(610) 251-0466
Counsel for Defendant, Susan Herbstritt, L.P.N.
(incorrectly identified as "Sue Herbstreet")

Dated: July 5, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| GREGORY GARRETT BROWN | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 04-CV-95(E) |
| | : | |
| SUE HERBSTRETT | : | |

### CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of Praecipe to Substitute Affidavit as Exhibit "C" to Defendant, Susan Herbstritt, L.P.N.'s Motion for Summary Judgment, was served by first class mail, postage paid to the following on July 5, 2005:

Gregory Garrett Brown (3281)
Warren State Hospital
Forensic Unit
33 Main Drive
N. Warren, PA  16365

WHITE AND WILLIAMS LLP

BY: /s/ Tracey Campbell
A. Tracey Campbell, Esquire
Identification No. 70534
One Westlakes, Suite 310
1235 Westlakes Drive
Berwyn, PA  19312
(610) 251-0466
Counsel for Defendant, Susan Herbstritt, L.P.N.
(incorrectly identified as "Sue Herbstreet")

Dated: July 5, 2005