## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREGORY GARRETT BROWN,           )
            Plaintiff,            )
                                            )  Civil Action No. 04-95 Erie
    v.                               )
SUE HERBSTRETT,                        )
            Defendant.         )

### **MEMORANDUM ORDER**

This civil rights action was received by the Clerk of Court on March 30, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 25], filed on September 12, 2005, recommended that Defendant's motion for summary judgment [Doc. No. 23] be granted. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Plaintiff by certified mail and on Defendant. No objections were filed. After de novo review of the motion and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 29th day of September, 2005;

IT IS HEREBY ORDERED that the Defendant's motion for summary judgment [Doc. No. 23] is GRANTED.

The Report and Recommendation [Doc. No. 25] of Magistrate Judge Baxter, filed on September 12, 2005, is adopted as the opinion of the Court.

                                          s/  Sean J. McLaughlin
                                              United States District Judge

cm:   All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge